UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                                                                  CHAPTER 13 PROCEEDING:
SYLVIA SANCHEZ                                                                                    06-70336-M-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Aug 8, 2006.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Creditor listed below cannot identify account.

        REGIONAL MANAGEMENT CORP
        PO BOX 776
        MAULDIN, SC  29662

    5.   As a result, funds owed to the creditor in the amount of $1,299.24 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, July 13, 2011

                                                                          *Cindy Boudloche*

                                                                          Cindy Boudloche
                                                                          Chapter 13 Trustee
                                                                          555 N. Carancahua  Ste 600
                                                                          Corpus Christi, TX  78401-0823
                                                                          (361) 883-5786

#108

UNITED STATES BANKRUPTCY COURT

IN RE:  
SYLVIA SANCHEZ

CHAPTER 13 PROCEEDING:  
06-70336-M-13

DEBTOR

**CERTIFICATE OF SERVICE**

I, Cindy Boudloche , do hereby certify that on 7/13/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

SYLVIA SANCHEZ  
15 RIO FENCE RD  
RIO GRANDE CITY, TX  78582

THE STONE LAW FIRM PC (M)  
4900 N 10TH ST  STE A-2  
NORTHTOWNE CENTRE  
MCALLEN, TX  78504

REGIONAL MANAGEMENT CORP  
PO BOX 776  
MAULDIN, SC  29662